# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA BENEDICT, on behalf of herself and others similarly situated, | ) ) ) ) | CASE NO. 5:18-cv-1438 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | ORDER OF DISMISSAL |
| W. W. GRAINGER, INC., | ) ) ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon plaintiff's Notice of Dismissal without prejudice. (Doc. No. 9.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff in this case has filed such a notice, and no answer or motion for summary judgment has been filed. Therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: August 31, 2018

                                                          **HONORABLE SARA LIOI**
                                                          **UNITED STATES DISTRICT JUDGE**